FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 12, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BRADLEY D. KEEVER,<br><br>　　　　Relator-Plaintiff,<br><br>　　v.<br><br>MISSION SUPPORT ALLIANCE, LLC; HANFORD MISSION INTEGRATION SERVICES, LLC; LEIDOS, INC; LEIDOS INTEGRATED TECHNOLOGY, LLC; CENTERRA GROUP, LLC; PARSONS GOVERNMENT SERVICES, INC; LOCKHEED MARTIN CORPORATION; LOCKHEED MARTIN SERVICES, INC; WACKENHUT SERVICES, INC; and JACOBS ENGINEERING GROUP, INC,<br><br>　　　　Defendants. | No. 4:21-CV-05156-SAB<br><br>**EX PARTE**<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR EXTENSION OF TIME TO CONSIDER ELECTION** |

　　　Before the Court is the United States' *Ex Parte* Application for an Extension of Time to Consider Election to Intervene, ECF No. 5. This is a False Claims Act *qui tam* action; Defendants have not been served and the Complaint is currently sealed through August 15, 2022. The United States requests an additional six months for it to continue investigating the claims made in this case before notifying the Court of its decision regarding intervention. The United States has

**ORDER GRANTING EX PARTE APPLICATION FOR EXTENSION OF TIME TO CONSIDER ELECTION # 1**

been diligently investigating the relator's claims, but additional time is needed to complete the investigation and ealuation. The United States also requests that the relator's Complaint, ECF No. 1, and all other related filings remain under seal for an additional six months as well. The relator has informed the United States that he concurs in the request.

Having reviewed the United States' motion and memorandum in support, the Court finds good cause to extend the time that the Complaint and related briefing is kept under seal and for time to consider election to intervene.

Accordingly, **IT IS HEREBY ORDERED:**

1. The United States' *Ex Parte* Application for an Extension of Time to Consider Election to Intervene, ECF No. 5, is **GRANTED**.

2. The above-captioned matter shall remain **SEALED**, except as previously ordered by the Court, through **February 15, 2023**.

3. The United States shall notify the Court of its decision regarding intervention in the above-captioned matter no later than **February 15, 2023**.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to file this Order **ex parte** and provide copies to counsel for the United States.

**DATED** this 12th day of August 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING EX PARTE APPLICATION FOR EXTENSION OF TIME TO CONSIDER ELECTION # 2**