```
 1  Vanessa R. Waldref
    United States Attorney
 2  Eastern District of Washington
    Tyler H.L. Tornabene
 3  Daniel H. Fruchter
    Assistant United States Attorneys
 4  Frieda K. Zimmerman
 5  Special Assistant United States Attorney
    Post Office Box 1494
 6  Spokane, WA 99210-1494
    Telephone: (509) 353-2767
 7
```

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 17 2023

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Bradley D. Keever, Relator,<br><br>Plaintiffs,<br><br>v.<br><br>MISSION SUPPORT ALLIANCE, LLC; HANFORD MISSION INTEGRATION SERVICES, LLC; LEIDOS, INC; LEIDOS INTEGRATED TECHNOLOGY, LLC; CENTERRA GROUP LLC; PARSONS GOVERNMENT SERVICES, INC; LOCKHEED MARTIN CORPORATION; LOCKHEED MARTIN SERVICES, INC; WACKENHUT SERVICES, INC; and JACOBS ENGINEERING GROUP, INC.,<br><br>Defendants. | No. 4:21-CV-05156-SAB<br><br>**FILED *EX PARTE*<br>AND UNDER SEAL**<br><br>UNITED STATES' *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME TO CONSIDER ELECTION TO INTERVENE |

The United States of America, by and through the undersigned, respectfully submits this unopposed *Ex Parte* Application, pursuant to 31 U.S.C. § 3730(b)(3), for an extension of six months, from February 15, 2023, to and including August

USA *EX PARTE* APPLICATION FOR EXTENSION OF TIME - 1

15, 2023, in which to notify the Court of its decision regarding intervention in the above-captioned False Claims Act *qui tam* action, and during which time the *qui tam* Complaint and other related filings shall remain under seal. Unless an extension is granted, the United States would be required to elect whether to intervene on February 15, 2023.

As set forth in the accompanying Memorandum of Points and Authorities, the United States has been diligently investigating the relator's allegations. However, the United States needs additional time to complete its investigation and evaluation of the relator's claims. The relator, by and through counsel of record, has informed the United States that they concur in this request.

Therefore, the United States asks that it be given an additional six months, up to and including August 15, 2023, to complete its investigation and to notify the Court whether it will intervene in this case and during which time the Complaint and other related pleadings should remain under seal.

Respectfully submitted this 17th day of February, 2023.

Vanessa R. Waldref
United States Attorney

/s/ Frieda K. Zimmerman
_____
Frieda K. Zimmerman
Special Assistant United States Attorney
Tyler H.L. Tornabene
Daniel H. Fruchter
Assistant United States Attorneys
United States Attorney's Office for the
Eastern District of Washington
920 W. Riverside Avenue, Suite 340
Post Office Box 1494
Spokane, WA 99201-1494
Telephone: (509) 353-2767
Frieda.zimmerman@usdoj.gov

*Counsel for the United States of America*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 17, 2023, a true and correct copy of the foregoing *United States' Unopposed Ex Parte Application for an Extension of Time to Consider Election to Intervene* and the *Proposed Order*, were emailed to counsel for the Relator as follows:

SMITH & LOWNEY, PLLC
Meredith A. Crafton            Via Email: meredith@smithandlowney.com
Knoll D. Lowney                Via Email: knoll@smithandlowney.com

HANFORD CHALLENGE
Nikolas F. Peterson            Via Email: nikolasp@hanfordchallenge.org

MEHRI & SKALET, PLLC
Richard E. Condit              Via Email: rcondit@findjustice.com
Cleveland Lawrence III         Via Email: clawrence@findjustice.com
Autumn Clarke                  Via Email: aclarke@findjustice.com

Because this action is under seal pursuant to 31 U.S.C. §§ 3729, *et seq.*, defendants have not been served with copies of the foregoing Application. Moreover, to preserve the integrity of the United States' ongoing investigation, Relator has been served with copies of the Application and proposed order, but not the Memorandum in support thereof.

_____
Frieda K. Zimmerman
Special Assistant United States Attorney