UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Bradley D. Keever, Relator,<br><br>    Plaintiffs,<br><br>v.<br><br>MISSION SUPPORT ALLIANCE, LLC; HANFORD MISSION INTEGRATION SERVICES, LLC; LEIDOS, INC; LEIDOS INTEGRATED TECHNOLOGY, LLC; CENTERRA GROUP LLC; PARSONS GOVERNMENT SERVICES, INC; LOCKHEED MARTIN CORPORATION; LOCKHEED MARTIN SERVICES, INC; WACKENHUT SERVICES, INC; and JACOBS ENGINEERING GROUP, INC.,<br><br>    Defendants. | No. No. 4:21-CV-05156-SAB<br><br>**FILED *EX PARTE*<br>AND UNDER SEAL**<br><br>[PROPOSED]<br><br>ORDER GRANTING UNITED STATES' UNOPPOSED *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO CONSIDER ELECTION TO INTERVENE |

Upon consideration of the United States' unopposed *ex parte* motion, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(3), for a six-month extension of time from February 15, 2023, to and including August 15, 2023, in which to determine whether or not to intervene in the Complaint and during which the Complaint and other filings shall remain under seal, it is hereby

ORDERED that the United States shall have until and including August 15, 2023, to intervene in the Complaint or to notify the Court that it declines to do so; and it is

FURTHER ORDERED that the Complaint and all other related filings shall

[PROPOSED] ORDER RE: EXTENSION OF TIME - 1

RECEIVED
FEB 17 2023
CLERK, U.S. DISTRICT COURT
SPOKANE, WA

1 | remain under seal, until and including August 15, 2023, unless the United States
2 | requests a lifting of the seal prior to that date.

3
4     DATED this _____ day of February, 2023.

_____
Stanley A. Bastian
United States District Judge

[PROPOSED] ORDER RE: EXTENSION OF TIME - 2