Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Tyler H.L. Tornabene
Daniel H. Fruchter
Frieda K. Zimmerman
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 11 2023

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA
*ex rel.* Bradley D. Keever, Relator,

Plaintiffs,

v.

MISSION SUPPORT ALLIANCE, LLC; HANFORD MISSION INTEGRATION SERVICES, LLC; LEIDOS, INC; LEIDOS INTEGRATED TECHNOLOGY, LLC; CENTERRA GROUP LLC; PARSONS GOVERNMENT SERVICES, INC; LOCKHEED MARTIN CORPORATION; LOCKHEED MARTIN SERVICES, INC; WACKENHUT SERVICES, INC; and JACOBS ENGINEERING GROUP, INC.,

Defendants.

No. 4:21-CV-05156-SAB

**FILED *EX PARTE*
AND UNDER SEAL**

UNITED STATES' *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME TO CONSIDER ELECTION TO INTERVENE

The United States of America, by and through the undersigned, respectfully submits this unopposed *Ex Parte* Application, pursuant to 31 U.S.C. § 3730(b)(3), for an extension of three months, from August 15, 2023, to and including

USA *EX PARTE* APPLICATION FOR EXTENSION OF TIME - 1

November 15, 2023, in which to notify the Court of its decision regarding intervention in the above-captioned False Claims Act *qui tam* action, and during which time the *qui tam* Complaint and other related filings shall remain under seal. Unless an extension is granted, the United States would be required to elect whether to intervene on November 15, 2023.

As set forth in the accompanying Memorandum of Points and Authorities, the United States has been diligently investigating the relator's allegations. However, the United States needs additional time to complete its investigation and evaluation of the relator's claims. The relator, by and through counsel of record, has informed the United States that they concur in this request.

Therefore, the United States asks that it be given an additional three months, up to and including November 15, 2023, to complete its investigation and to notify the Court whether it will intervene in this case and during which time the Complaint and other related pleadings should remain under seal.

Respectfully submitted this 11th day of August, 2023.

Vanessa R. Waldref
United States Attorney

Frieda K. Zimmerman
Tyler H.L. Tornabene
Daniel H. Fruchter
Assistant United States Attorneys
United States Attorney's Office for the
Eastern District of Washington
920 W. Riverside Avenue, Suite 340
Post Office Box 1494
Spokane, WA 99201-1494
Telephone: (509) 353-2767
Frieda.zimmerman@usdoj.gov

*Counsel for the United States of America*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 11, 2023, a true and correct copy of the foregoing *United States' Unopposed Ex Parte Application for an Extension of Time to Consider Election to Intervene* and the *Proposed Order*, were emailed to counsel for the Relator as follows:

**SMITH & LOWNEY, PLLC**
**Meredith A. Crafton**   Via Email: meredith@smithandlowney.com
**Knoll D. Lowney**        Via Email: knoll@smithandlowney.com

**HANFORD CHALLENGE**
**Nikolas F. Peterson**    Via Email: nikolasp@hanfordchallenge.org

**MEHRI & SKALET, PLLC**
**Richard E. Condit**        Via Email: rcondit@findjustice.com
**Cleveland Lawrence III**   Via Email: clawrence@findjustice.com
**Autumn Clarke**            Via Email: aclarke@findjustice.com

Because this action is under seal pursuant to 31 U.S.C. §§ 3729, *et seq.*, defendants have not been served with copies of the foregoing Application. Moreover, to preserve the integrity of the United States' ongoing investigation, Relator has been served with copies of the Application and proposed order, but not the Memorandum in support thereof.

_____
Frieda K. Zimmerman
Assistant United States Attorney

USA *EX PARTE* APPLICATION FOR EXTENSION OF TIME - 3