FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 22, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BRADLEY D. KEEVER,<br><br>    Relator-Plaintiff,<br><br>    v.<br><br>MISSION SUPPORT ALLIANCE, LLC; HANFORD MISSION INTEGRATION SERVICES, LLC; LEIDOS, INC; LEIDOS INTEGRATED TECHNOLOGY, LLC; CENTERRA GROUP, LLC; PARSONS GOVERNMENT SERVICES, INC; LOCKHEED MARTIN CORPORATION; LOCKHEED MARTIN SERVICES, INC; WACKENHUT SERVICES, INC; and JACOBS ENGINEERING GROUP, INC,<br><br>    Defendants. | No. 4:21-CV-05156-SAB<br><br>**<u>EX PARTE</u>**<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR EXTENSION OF TIME TO CONSIDER ELECTION** |

Before the Court is the United States' *Ex Parte* Application for an Extension of Time to Consider Election to Intervene, ECF No. 11. This is a False Claims Act *qui tam* action; Defendants have not been served and the Complaint is currently under seal. The United States requests an additional three months to continue investigating the claims made in this case before notifying the Court of their intervention decision. The United States claims they have been diligently

**ORDER GRANTING EX PARTE APPLICATION FOR EXTENSION OF TIME TO CONSIDER ELECTION # 1**

investigating the relator's claims, but additional time is needed to complete the investigation. The United States also requests that the relator's Complaint, ECF No. 1, and all other related filings remain under seal for an additional three months. The relator has informed the United States that he concurs in the request.

Having reviewed the United States' motion, the Court finds good cause to extend the deadline for the United States to move to intervene and to extend the time that the Complaint and related briefing are kept under seal.

Accordingly, **IT IS HEREBY ORDERED:**

1. The United States' *Ex Parte* Application for an Extension of Time to Consider Election to Intervene, ECF No. 11, is **GRANTED**.

2. The above-captioned matter shall remain **SEALED**, except as previously ordered by the Court, through **November 15, 2023**.

3. The United States shall file a motion to intervene or notify the Court of its decision regarding intervention in the above-captioned matter no later than **November 15, 2023**.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to file this Order **ex parte** and provide copies to counsel for the United States.

**DATED** this 22nd day of August 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING EX PARTE APPLICATION FOR EXTENSION OF TIME TO CONSIDER ELECTION # 2**