Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Tyler H.L. Tornabene
Daniel H. Fruchter
Frieda K. Zimmerman
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 20 2023

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Bradley D. Keever, Relator, <br><br>Plaintiffs, <br><br>v. <br><br>MISSION SUPPORT ALLIANCE, LLC; HANFORD MISSION INTEGRATION SERVICES, LLC; LEIDOS, INC; LEIDOS INTEGRATED TECHNOLOGY, LLC; CENTERRA GROUP LLC; PARSONS GOVERNMENT SERVICES, INC; LOCKHEED MARTIN CORPORATION; LOCKHEED MARTIN SERVICES, INC; WACKENHUT SERVICES, INC; and JACOBS ENGINEERING GROUP, INC., <br><br>Defendants. | No. 4:21-CV-05156-SAB <br><br>**FILED *EX PARTE* AND UNDER SEAL** <br><br>UNITED STATES' *EX PARTE* APPLICATION FOR PARTIAL LIFT OF SEAL |

  The United States of America, by and through the undersigned, respectfully submits this unopposed *Ex Parte* Application, pursuant to 31 U.S.C. § 3730(b), for a partial lift of seal.

USA *EX PARTE* APPLICATION FOR PARTIAL LIFT OF SEAL- 1

1  The United States respectfully applies, *ex parte*, for an order to partially lift the seal in this case as to the relator's complaint, including any amended complaint that the relator may file. This application is submitted so that at the discretion of the United States, the seal is partially lifted for the limited purpose of permitting the United States, at its discretion, to disclose the existence of this action and a copy of relator's complaint, and any amended complaint subsequently filed, with Defendant Hanford Mission Integration Services, LLC. The relator, by and through counsel of record, concurs in the United States' request.

Respectfully submitted this 20th day of September, 2023.

Vanessa R. Waldref
United States Attorney

_____
Frieda K. Zimmerman
Tyler H.L. Tornabene
Daniel H. Fruchter
Assistant United States Attorneys
United States Attorney's Office for the
Eastern District of Washington
920 W. Riverside Avenue, Suite 340
Post Office Box 1494
Spokane, WA 99201-1494
Telephone: (509) 353-2767
Frieda.zimmerman@usdoj.gov

*Counsel for the United States of America*

USA *EX PARTE* APPLICATION FOR PARTIAL LIFT OF SEAL- 2

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 20, 2023, a true and correct copy of the foregoing *United States' Unopposed Ex Parte Application for Partial Lift of Seal* and the *Proposed Order*, were emailed to counsel for the Relator as follows:

**SMITH & LOWNEY, PLLC**
Meredith A. Crafton — Via Email: meredith@smithandlowney.com
Knoll D. Lowney — Via Email: knoll@smithandlowney.com

**HANFORD CHALLENGE**
Nikolas F. Peterson — Via Email: nikolasp@hanfordchallenge.org

**MEHRI & SKALET, PLLC**
Richard E. Condit — Via Email: rcondit@findjustice.com
Cleveland Lawrence III — Via Email: clawrence@findjustice.com
Autumn Clarke — Via Email: aclarke@findjustice.com

Because this action is under seal pursuant to 31 U.S.C. §§ 3729, *et seq.*, defendants have not been served with copies of the foregoing Application. Moreover, to preserve the integrity of the United States' ongoing investigation, Relator has been served with copies of the Application and proposed order, but not the Memorandum in support thereof.

_____
Frieda K. Zimmerman
Assistant United States Attorney