UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Bradley D. Keever, Relator, <br><br>Plaintiffs, <br><br>v. <br><br>MISSION SUPPORT ALLIANCE, LLC; HANFORD MISSION INTEGRATION SERVICES, LLC; LEIDOS, INC; LEIDOS INTEGRATED TECHNOLOGY, LLC; CENTERRA GROUP LLC; PARSONS GOVERNMENT SERVICES, INC; LOCKHEED MARTIN CORPORATION; LOCKHEED MARTIN SERVICES, INC; WACKENHUT SERVICES, INC; and JACOBS ENGINEERING GROUP, INC., <br><br>Defendants. | No. 4:21-CV-05156-SAB <br><br>**FILED *EX PARTE* AND UNDER SEAL** <br><br>[PROPOSED] <br><br>ORDER GRANTING UNITED STATES' UNOPPOSED *EX PARTE* APPLICATION FOR PARTIAL LIFT OF SEAL |

Upon consideration of the United States' unopposed *ex parte* motion, pursuant to the False Claims Act, 31 U.S.C. § 3730(b), for a partial lift of the seal, it is hereby

ORDERED that the seal is partially lifted for the limited purpose of permitting the United States, at its discretion, to disclose the existence of this action and a copy of relator's Complaint, and any amended Complaints, to Defendant Hanford Mission Integration Services, LLC, and its representatives.

DATED this _____ day of September, 2023.

_____
Stanley A. Bastian
United States District Judge

[PROPOSED] ORDER RE: PARTIAL LIFT OF SEAL - 1