FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 05, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BRADLEY D. KEEVER,<br><br>    Relator-Plaintiffs,<br><br>    v.<br><br>MISSION SUPPORT ALLIANCE, LLC; HANFORD MISSION INTEGRATION SERVICES, LLC; LEIDOS, INC; LEIDOS INTEGRATED TECHNOLOGY, LLC; CENTERRA GROUP, LLC; PARSONS GOVERNMENT SERVICES, INC; LOCKHEED MARTIN CORPORATION; LOCKHEED MARTIN SERVICES, INC; WACKENHUT SERVICES, INC; and JACOBS ENGINEERING GROUP, INC,<br><br>    Defendants. | No. 4:21-CV-05156-SAB<br><br>**ORDER GRANTING PLAINTIFF UNITED STATES' UNOPPOSED *EX PARTE* APPLICATION FOR PARTIAL LIFT OF SEAL** |

    Before the Court is Plaintiff United States' *Ex Parte* Application for Partial Lift of Seal, ECF No. 14. This is a False Claims Act *qui tam* action pursuant to 31 U.S.C. § 3730(b). The Court finds good cause to grant Plaintiff United States' request.

//

//

**ORDER GRANTING PLAINTIFF UNITED STATES' UNOPPOSED *EX PARTE* APPLICATION FOR PARTIAL LIFT OF SEAL # 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff United States' *Ex Parte* Application for Partial Lift of Seal, ECF No. 14, is **GRANTED**.

2. The seal is partially lifted for the limited purpose of permitting Plaintiff United States, at its discretion, to disclose the existence of this action and a copy of relator's Complaint, and any amended Complaints, to Defendant Hanford Mission Integration Services, LLC, and its representatives.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to file this Order and provide copies to Relator-Plaintiffs' counsel.

**DATED** this 5th day of October 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING PLAINTIFF UNITED STATES' UNOPPOSED *EX PARTE* APPLICATION FOR PARTIAL LIFT OF SEAL # 2**