Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Frieda K. Zimmerman
Tyler H.L. Tornabene
Daniel H. Fruchter
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 15 2023

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA
*ex rel.* Bradley D. Keever, Relator,

Plaintiffs,

v.

MISSION SUPPORT ALLIANCE, LLC; HANFORD MISSION INTEGRATION SERVICES, LLC; LEIDOS, INC; LEIDOS INTEGRATED TECHNOLOGY, LLC; CENTERRA GROUP LLC; PARSONS GOVERNMENT SERVICES, INC; LOCKHEED MARTIN CORPORATION; LOCKHEED MARTIN SERVICES, INC; WACKENHUT SERVICES, INC; and JACOBS ENGINEERING GROUP, INC.,

Defendants.

No. 4:21-CV-05156-SAB

**FILED *EX PARTE*
AND UNDER SEAL**

UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART AND TO DECLINE TO INTERVENE IN PART

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court of its decision to intervene in part of this action and to decline to intervene in part of this action. The United States intervenes in the

USA NOTICE OF INTERVENTION IN PART - 1

Relator's Complaint with respect to Defendants Hanford Mission Integration Services, LLC ("HMIS"); Leidos Integrated Technology, LLC; Centerra Group, LLC; and Parsons Government Services Inc. The United States declines to intervene in the action with regard to Defendants Mission Support Alliance, LLC; Leidos, Inc.; Lockheed Martin Corporation; Lockheed Martin Services, Inc.; Wackenhut Services, Inc.; and Jacobs Engineering Group, Inc. The United States intends to file and serve its own complaint within 90 days setting forth the intervened claims as well as additional claims by the United States against Defendant Hanford Mission Integration Services, LLC.

Pursuant to the Court's Order of October 5, 2023 (ECF No. 16), the United States has informed Defendant HMIS of Relator's Complaint. The parties have been engaging in discussion regarding the United States' investigation as well as discussions aimed at a potential resolution of this matter. The United States believes that keeping the matter under seal will allow the parties the best possible opportunity to continue their ongoing discussions with the goal of reaching a potential resolution of this matter without litigation. During the time of any extended sealing of the matter, the United States anticipates that the parties will diligently continue their ongoing substantive discussions in an effort to bring the matter to a timely conclusion. Accordingly, the United States requests that, at this time, the matter remain under seal for an additional 90 days, to and including February 12, 2024, or until further order of this Court. Additionally, the United States will file a status report with the Court by January 15, 2024, informing the Court as to the status of settlement negotiations.

Although the United States declines to intervene in a portion of the action, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the declined portion of the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for

consenting." *Id.* Notwithstanding this language, the United States Court of Appeals for the Ninth Circuit has held that the United States has the right to a hearing only when it objects to a settlement or dismissal of the action. *United States ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *United States ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994). Therefore, the United States requests that, should either the relator or any defendant propose that the part of the action in which the United States has not intervened be dismissed, settled, or otherwise discontinued, this Court provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action, even as to the non-intervened part of this action, be served upon the United States; the United States also requests that all orders issued by the Court be sent to counsel for the United States. The United States reserved its right to order any deposition transcripts and to intervene in the portion of this action in which it is declining to intervene today, for good cause, at a later date.

The United States reserves the right to seek the dismissal of the relator's action or claim on any appropriate grounds, including under 31 U.S.C. §§ 3730(b)(5) and (e)(4).

A proposed order accompanies this notice.

Respectfully submitted this 15th day of November, 2023.

///

USA NOTICE OF INTERVENTION IN PART - 3

Vanessa R. Waldref
United States Attorney

*/s/ Frieda K. Zimmerman*

Frieda K. Zimmerman
Tyler H.L. Tornabene
Daniel H. Fruchter
Assistant United States Attorneys
United States Attorney's Office for the
Eastern District of Washington
920 W. Riverside Avenue, Suite 340
Post Office Box 1494
Spokane, WA 99201-1494
Telephone: (509) 353-2767
Frieda.zimmerman@usdoj.gov

*Counsel for the United States of America*

///

USA NOTICE OF INTERVENTION IN PART - 4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 15, 2023, a true and correct copy of the foregoing *United States' Notice of Election to Intervene in Part and to Decline to Intervene in Part* and the *Proposed Order*, were emailed to counsel for the Relator as follows:

SMITH & LOWNEY, PLLC
**Meredith A. Crafton**      Via Email: meredith@smithandlowney.com
**Knoll D. Lowney**           Via Email: knoll@smithandlowney.com

HANFORD CHALLENGE
**Nikolas F. Peterson**       Via Email: nikolasp@hanfordchallenge.org

MEHRI & SKALET, PLLC
**Richard E. Condit**         Via Email: rcondit@findjustice.com
**Cleveland Lawrence III**    Via Email: clawrence@findjustice.com
**Autumn Clarke**             Via Email: aclarke@findjustice.com

Because this action is under seal pursuant to 31 U.S.C. §§ 3729, *et seq.*, defendants have not been served with copies of the foregoing Notice.

_____
Frieda K. Zimmerman
Assistant United States Attorney

USA NOTICE OF INTERVENTION IN PART - 5