UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* Bradley D. Keever, Relator,<br><br>Plaintiffs,<br><br>v.<br><br>MISSION SUPPORT ALLIANCE, LLC; HANFORD MISSION INTEGRATION SERVICES, LLC; LEIDOS, INC; LEIDOS INTEGRATED TECHNOLOGY, LLC; CENTERRA GROUP LLC; PARSONS GOVERNMENT SERVICES, INC; LOCKHEED MARTIN CORPORATION; LOCKHEED MARTIN SERVICES, INC; WACKENHUT SERVICES, INC; and JACOBS ENGINEERING GROUP, INC.,<br><br>Defendants. | No. 4:21-CV-05156-SAB<br><br>**FILED UNDER SEAL**<br><br>[PROPOSED]<br><br>ORDER |

The United States having intervened in part of this action and having declined to intervene in part of this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the Court ORDERS as follows:

///

///

[PROPOSED] ORDER - 1

1. The United States shall serve its Complaint upon Defendants Hanford Mission Integration Services, LLC; Leidos Integrated Technology, LLC; Centerra Group, LLC; and Parsons Government Services, Inc., together with this Order, within 90 days, to and including February 12, 2024;

2. The Relator shall serve its Complaint upon all Defendants within 90 days, to and including February 12, 2024;

3. The Complaint and all other related filings shall remain under seal for an additional 90 days, to and including February 12, 2024, except as previously ordered by this Court;

4. The United States will file a status report by January 15, 2024, regarding the status of the parties' settlement discussions;

5. As to the part of the action in which the United States has declined to intervene, the parties shall serve all pleadings and motions filed in that part of the action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in that part of the action, for good cause, at any time;

6. All orders of this Court shall be sent to the United States; and

7. Should the Relator or any Defendant propose that the part of the action in which the United States has declined to intervene be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED.

DATED this _____ day of _____, 2023.

_____
Stanley A. Bastian
United States District Judge

[PROPOSED] ORDER - 2