FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 18, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BRADLEY D. KEEVER,<br><br>Relator-Plaintiffs,<br><br>v.<br><br>MISSION SUPPORT ALLIANCE, LLC; HANFORD MISSION INTEGRATION SERVICES, LLC; LEIDOS, INC; LEIDOS INTEGRATED TECHNOLOGY, LLC; CENTERRA GROUP, LLC; PARSONS GOVERNMENT SERVICES, INC; LOCKHEED MARTIN CORPORATION; LOCKHEED MARTIN SERVICES, INC; WACKENHUT SERVICES, INC; and JACOBS ENGINEERING GROUP, INC,<br><br>Defendants. | No. 4:21-CV-05156-SAB<br><br>**ORDER GRANTING PLAINTIFF UNITED STATES' UNOPPOSED *EX PARTE* MOTION TO UNSEAL** |

Before the Court is Plaintiff United States' Status Update and Unopposed *Ex Parte* Motion to Unseal, ECF No. 19. This is a False Claims Act *qui tam* action pursuant to 31 U.S.C. § 3730(b). The Court finds good cause to grant Plaintiff United States' motion and to keep ECF Nos. 3, 6, 9, 12, and 15 under seal.

//

//

**ORDER GRANTING PLAINTIFF UNITED STATES' UNOPPOSED *EX PARTE* MOTION TO UNSEAL # 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff United States' Status Update and Unopposed *Ex Parte* Motion to Unseal, ECF No. 19, is **GRANTED**.

2. This matter is **UNSEALED** except **ECF Nos. 3, 6, 9, 12, and 15 shall remain under seal**.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to file this Order and provide copies to Plaintiffs' counsel.

**DATED** this 18th day of January 2024.



Stanley A. Bastian
Chief United States District Judge

ORDER GRANTING PLAINTIFF UNITED STATES' UNOPPOSED *EX PARTE* MOTION TO UNSEAL # 2