FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 14, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BRADLEY D. KEEVER, Relator-Plaintiffs, v. MISSION SUPPORT ALLIANCE, LLC; HANFORD MISSION INTEGRATION SERVICES, LLC; LEIDOS, INC; LEIDOS INTEGRATED TECHNOLOGY, LLC; CENTERRA GROUP, LLC; PARSONS GOVERNMENT SERVICES, INC; LOCKHEED MARTIN CORPORATION; LOCKHEED MARTIN SERVICES, INC; WACKENHUT SERVICES, INC; and JACOBS ENGINEERING GROUP, INC, Defendants. | No. 4:21-CV-05156-SAB<br><br>**ORDER DISMISSING DECLINED CLAIMS** |

Before the Court is Plaintiff-Relator's Notice of Voluntary Dismissal of Non-Intervened Claims, ECF No. 32.

The United States "elect[ed] to intervene and proceed" with the *qui tam* complaint, ECF No. 17, and subsequently filed the "United States' Complaint in Intervention." ECF No. 22. The United States declined to intervene in a portion of

**ORDER DISMISSING DECLINED CLAIMS # 1**

Relator's Complaint, the United States acknowledged that Relator is authorized to maintain the declined portion of this action. Relator voluntarily dismisses "the declined portion of this action," without prejudice as to himself and without prejudice as to the United States. The Notice indicates that the United States has consented to Relator's voluntary dismissal of all non-intervened and declined portions of the Complaint without prejudice.

Accordingly, **IT IS HEREBY ORDERED**:

1.      In accordance with Plaintiff-Relator's Notice, ECF No. 32, and 31 U.S.C. § 3730(b)(1), all non-intervened and declined claims of the Complaint are **DISMISSED without prejudice**.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 14th day of May 2024.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING DECLINED CLAIMS # 2**