FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 31, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA *ex rel.* BRADLEY D. KEEVER,

    Relator-Plaintiffs,

    v.

MISSION SUPPORT ALLIANCE, LLC; HANFORD MISSION INTEGRATION SERVICES, LLC; LEIDOS, INC; LEIDOS INTEGRATED TECHNOLOGY, LLC; CENTERRA GROUP, LLC; PARSONS GOVERNMENT SERVICES, INC; LOCKHEED MARTIN CORPORATION; WACKENHUT SERVICES, INC; and JACOBS ENGINEERING GROUP, INC,

    Defendants.

No. 4:21-CV-05156-SAB

**ORDER OF DISMISSAL**

Before the Court is the parties' Joint Stipulated Motion to Dismiss, ECF No. 51. The motion was considered without oral argument.

Due to a settlement agreement, the parties have requested the Court dismiss the case as follows: (1) all Relators' claims with prejudice, (2) the United States' claims as Defined under the Covered Conduct in the Settlement Agreement with prejudice, and (3) all remaining United States' claims without prejudice. The Court grants the motion.

**ORDER OF DISMISSAL # 1**

Accordingly, **IT IS HEREBY ORDERED**:

1.     The parties' Stipulated Motion to Dismiss, ECF No. 51, is **GRANTED**.

2.     The above-captioned case is **DISMISSED** as noted above and without costs or attorney's fees.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this this 31st day of March 2026.



Stan Bastian
Chief United States District Judge

**ORDER OF DISMISSAL # 2**