AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 31, 2026**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. BRADLEY D. KEEVER <br> *Plaintiff* <br> v. <br> MISSION SUPPORT ALLIANCE, LLC; HANFORD MISSION INTEGRATION SERVICES, LLC; LEIDOS, INC; LEIDOS INTEGRATED TECHNOLOGY, LLC; CENTERRA GROUP, LLC; PARSONS GOVERNMENT SERVICES, INC; LOCKHEED MARTIN CORPORATION; WACKENHUT SERVICES, INC; and JACOBS ENGINEERING GROUP, INC, <br> *Defendants* | ) ) ) ) ) <br> Civil Action No.  4:21-CV-05156-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:  The parties' Stipulated Motion to Dismiss, ECF No. 51, is GRANTED. Due to a settlement agreement, the Court dismiss the case as follows: (1) all Relators' claims with prejudice, (2) the United States' claims as Defined under the Covered Conduct in the Settlement Agreement with prejudice, and (3) all remaining United States' claims without prejudice.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge  Stan Bastian

Date:  3/31/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*